G. EDWARD MYERS, PLAINTIFF-APPELLEE, v. COUNTY OF MIDDLESEX, A MUNICIPAL CORPORATION OF NEW JERSEY, DEFENDANT-APPELLANT.

Submitted May 15, 1936—Decided June 4, 1936.

Before Justices BODINE and HEHER.

For the defendant-appellant, *Edmund A. Hayes.*

For the plaintiff-appellee, *Frederick F. Richardson, Morris Roth* and *Stephen V. R. Strong.*

PER CURIAM.

Plaintiff had judgment against the county of Middlesex for the storage of a snow plow and services rendered in assem-

bling tractors and plows for clearing snow. The case is entirely devoid of any evidence that a contract was made by an authorized agent of the municipal corporation or had ever been ratified by it. *Potter* v. *Borough of Metuchen,* 108 *N. J. L.* 447; 155 *Atl. Rep.* 369; *Ratajczak* v. *Board of Education of Perth Amboy,* 114 *N. J. L.* 577; 177 *Atl. Rep.* 880.

The judgment, therefore, must be reversed.